IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE LANCASTER COUNTY COURT, Court Rep. for State of Neb; THE LANCASTER COUNTY DISTRICT COURT, Court Rep. for State of Neb.; NEBRASKA COURT OF APPEALS, Court Rep. for the State of Neb.; and THE NEBRASKA SUPREME COURT, Court Rep. for the State of Neb;<br><br>Defendants. | 8:18CV111<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED that: Plaintiff's motions (filing nos. 37 & 38) are denied. This matter is closed, and Plaintiff should not file any further pleadings in this case.

Dated this 15th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge